### ENZOR v. STATE.
### 2 Div. 990.

Supreme Court of Alabama.
June 25, 1931.

Harwood & McQueen, of Tuscaloosa, and Martin Miller, of Meridian, Miss., for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Grady Enzor for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Enzor v. State, 135 So. 595.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

---

[1] 222 Ala. 346.